**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| PETER LETTERESE, et al. ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Case No. 11-mc-61571-JIC |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent. ) | |
| _____) | |

## NOTICE OF RELATED OR SIMILAR ACTION

Respondent, the United States of America, hereby files this Notice of Related or Similar Action in the above-captioned case, and states as follows:

1. Local Civil Rule 3.8 requires attorneys of record "to bring promptly to the attention of the Court and opposing counsel the existence of other actions or proceedings" that involve a subject matter where the "unnecessary duplication of judicial labor" would occur if the proceeding were to be heard by a different judge. *See* L. Civ. R. 3.8; Internal Operating Procedures § 2.15.00 ("Such notice shall be given by filing with the Court and serving on counsel a 'Notice of Pending, Refiled, Related or Similar Actions,' containing a list and description thereof sufficient for identification.")

2. The above-captioned proceeding is related and similar to two earlier actions, *United States v. Peter Letterese and Barbara Gene Fawcett*, 11-mc-60097-DLG (S.D. Fla) and *Peter Letterese and Barbara Fawcett v. United States*, 11-mc-60782-DLG (S.D. Fla). The earlier proceeding was a summons enforcement action, brought by the United States to enforce two IRS summonses against Peter Letterese and Barbara Fawcett (the Petitioners in this case) for

documents and testimony.  The second case also regarded IRS summonses, which Petitioners moved to quash, but failed.  Both cases were before Judge Graham.

3. Moreover, Petitioners' counsel identified the current action on the Civil Cover Sheet as a "Re-filed Case" before Judge Graham, but not as a related case.  In fact all three matters are substantially related.

4. In sum, IRS Special Agent Nin is conducting an investigation to determine whether Peter Letterese committed any offense regarding the enforcement of the internal revenue laws.  Specifically, the on-going investigation is examining whether Mr. Letterese (and now, the investigation includes Ms. Fawcett) evaded individual and corporate income taxes by concealing income or by offsetting income with false deductions.

5. The similarities between the earlier summons matters and the current petition to quash brought by Letterese and Fawcett are numerous (in fact, the current matter is identical to the second matter, 11-mc-60782), covering: (1) the target of the investigation; (2) the subject matter of the investigation; (3) the criminal nature of the investigation; (4) the IRS Special Agent who is conducting the investigation; (5) the IRS Special Agent who issued all of the subpoenas in both cases; (6) the attorneys representing both the Petitioners and the United States; and, (7) with regard to the second matter, (11-mc-60782) the summonses themselves.

6. Given the overlap between the earlier summons actions and the current petition to quash, the earlier proceedings are similar and related to the current matter before the Court.

Respectfully submitted this 4th day of August, 2011.

JOHN A. DiCICCO
Principal Deputy Assistant Attorney General

<u>s/ Philip Schreiber</u>
PHILIP M. SCHREIBER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20044
Telephone:      (202) 514-6069
Facsimile:      (202) 514-9868
Philip.M.Schreiber@usdoj.gov

Of Counsel:

WIFREDO A. FERRER
United States Attorney

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| PETER LETTERESE, et al.        ) | |
|                                                       Petitioners,       ) | |
| v.                                 ) | Civil Case No. 11-mc-61571-JIC |
| UNITED STATES OF AMERICA      ) | |
|                                                       Respondent.     ) | |

**CERTIFICATE OF SERVICE**

      I certify that on August 4, 2011, I electronically filed the foregoing Notice of Related or Similar Action with the Clerk of the Court using CM/ECF, which transmits the document to all counsel of record identified below via Notices of Electronic Filing.

            Ira Zuckerman
            601 South Ocean Drive
            Hollywood, FL 33019
            *(counsel for Respondents)*

                                                            s/ Philip Schreiber
                                                             PHILIP M. SCHREIBER
                                                             Trial Attorney, Tax Division
                                                             United States Department of Justice