**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No.0:11-mc-61571-DLG**

| | |
|---|---|
| PETER LETTERESE and BARBARA , | ) |
| FAWCETT  a/k/a BARBARA LETTERESE, | ) |
| | ) |
| Petitioners | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

**NOTICE OF WITHDRAWAL OF PETITION TO QUASH**

Notice is hereby given that Petitioners, PETER LETTERESE and BARBARA

FAWCETT, file this Notice of Withdrawal of Petition to Quash, and does state:

1.    Petitioners filed a Petition to Quash Summons on July 14, 2011.

2.    Respondent has not yet filed an answer in this case.

3.    That Petitioners, by and through undersigned counsel, hereby withdraw its

Petition to Quash Summons.

Dated: September 12, 2011
Hollywood, FL

1

Respectfully submitted,


s/Ira L. Zuckerman
IRA L. ZUCKERMAN (402702)
Taxmaniandevil@bellsouth.net
Ira L. Zuckerman, P.A.
601 S. Ocean Drive
Hollywood, FL 33019
Phone (954) 922-1975
Fax (954) 922-1976
Attorney for Petitioners


### Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing has been electronically filed

with the Clerk of the Court using CM/ECF this 12th day of September, 2011.  I further certify

that the foregoing document is being served on counsel identified on the attached service list in a

manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or

in some other authorized manner, to counsel if they are not authorized to receive electronically

Notices of Electronic Filing.


IRA L. ZUCKERMAN, P.A.


By s/ Ira L. Zuckerman
   IRA L. ZUCKERMAN


2

## SERVICE LIST

### Civil Action No.  0:11-mc-61571-DLG

**PHILIP M. SCHREIBER**
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 14198
Washington, DC 20044
(202)514-6069
Fax (202)514-9868
Philip.M.Schreiber@usdoj.gov