UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 11-61571-MC-GRAHAM/GOODMAN

PETER LETTERESE and BARBARA
FAWCETT a/k/a BARBARA LETTERESE,

    Petitioners,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/



### ORDER

**THIS CAUSE** came before the Court upon Petitioners Notice of Withdrawal of Petition to Quash [D.E. 13]. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that this Petitioner's Petition is **WITHDRAWN**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of September, 2011.

                                          s/Donald L. Graham
                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE